# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **SHADDRICK VAUGHN,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 3:14-cv-00666-RDP-JEO |
| **STATE OF ALABAMA et. al.,** | } |
| **Defendants.** | } |

## MEMORANDUM OPINION

On August 14, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that all claims against all Defendants be **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this September 10, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE